70 F.3d 1257
 Mary D. Smith
v.
Borough of Glenolden of Delaware County, Pennsylvania,
Borough Council of Glenolden, Borough, George E. Hassel,
Denise McCarthy, Sarah A. Dougherty, Joseph Selfridge,
Theodore Bathurst, Karen Carlucci, Francis O'Neill, Albert
Kelley, William Reese, Edward G. Roth, III, Russell H.
Decker, James Bailey, Building Inspector for Borough of Glenolden
 NO. 94-2247
 United States Court of Appeals,
Third Circuit.
 Oct 30, 1995
 Appeal From: E.D.Pa., No. 94-cv-03819
 
 1
 AFFIRMED.